**UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF MICHIGAN**
   **SOUTHERN DIVISION**

| | |
|---|---|
| DEMETRICE COATES,<br><br>    PETITIONER,<br><br>v.<br><br>STEVEN RIVARD,<br><br>    RESPONDENT. | Case No. 16-11231<br>Hon. Terrence Berg |

**ORDER DENYING MOTION TO STAY (Dkt. 19) AND GRANTING MOTION TO WITHDRAW (Dkt. 20)**

This is a habeas case brought pursuant to 28 U.S.C. § 2254. On August 13, 2018, Petitioner filed a motion to stay his case because he was temporarily transferred to another facility without access to a law library. Two days later he filed a motion to withdraw his first motion, indicating that he is no longer housed at the second facility.

Accordingly, it is **ORDERED** that Petitioner's motion to stay (Dkt. 19) is **DENIED**, and his motion to withdraw his motion to stay is **GRANTED**.

**SO ORDERED.**

Dated: August 29, 2018    s/Terrence G. Berg
　　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 29, 2018.

　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　Case Manager